MARK PODIS AND ASSOCIATES

CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: **LATOYA DAWN ANDREWS**  Case No. **15-06108-KL3-13**

341 Date: **October 20, 2015  8:30 am**

1. Is your current mailing address?    Yes ✓ No ___

   137 DAVIS PARK DR, SMYRNA, TN 37167

   Email address (if not above): ldandrews@bellsouth.net

   If your address is not correctly listed, indicate your correct mailing address:

2. What is your current phone number?

   Home phone: _____  Cell phone: 615-473-3440

3. Do you have a domestic support obligation such as child support?    Yes ___ No ✓

   If yes, please provide the following:

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount: $ _____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?    Yes ___ No ___

4. Have you filed all required tax returns for the past four years?    Yes ✓ No ___

   Not required to file a tax return _____

   If no, why not and identify the specific years: _____

5. Have you previously filed bankruptcy?    Yes ✓ No ___

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?    Ch 7 Feb 2011 yes

6. Are you currently employed at:    Yes ✓ No ___

   OPTUM SERVICES INC  ATTN PAYROLL MN008 B213 P O BOX 1459 MINNEAPOLIS, MN 55440

| | |
|---|---|
| 7. If you have had a change in employment since filing your Chapter 13 case- | |
| Name & address of new employer | _____ <br> _____ <br> _____ |
| New monthly income amount | $_____ |
| How often are you paid ? | Weekly ____ Every two weeks ____ Semi-Monthly ____ Monthly ____ |

| | |
|---|---|
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes ✓ No ____ |
| 9. Is the signature on the petition and the schedules your own? | Yes ✓ No ____ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes ✓ No ____ |
| 11. Did you list everything you own in your schedules and statements? | Yes ✓ No ____ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ____ No ✓ |
| 13. I have reviewed my budget today. The budget is accurate and I can live on this budget. | Yes ✓ No ____ |

14. Identify the attorney or other individual with whom you determined which chapter to file under. _MARK PODIS_

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan. _LONNA CRELETCH_

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

_10/20/15_  
Date

_[signature]_  
Debtor's Signature

**MARK PODIS AND ASSOCIATES**
Debtors Attorney